United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 26, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 18-32106 |
| **ERIN ENERGY CORPORATION,** *et al.*, § | |
| § | CHAPTER 7 |
| Debtors. § | |
| § | |
| **RONALD J. SOMMERS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | ADVERSARY NO. 19-3667 |
| § | |
| **NIGERIAN AGIP EXPLORATION** § | |
| **LIMITED,** § | |
| § | |
| Defendant. § | |

## ORDER

For the reasons given in the Report and Recommendation issued on this date, the Trustee's Objection to Nigerian Exploration's Proof of Claim (ECF No. 60 at 19–21) is abated.

SIGNED 05/26/2022

_____
Marvin Isgur
United States Bankruptcy Judge